Summons in a Civil Action (Rev 11/97)

FILED
:01
CT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: cf DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON

vs

See Attachment

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0902 WQH BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

BARRY D. MILLS, SBN 185823
Attorney at Law
3588 Fourth Avenue, Suite 210
San Diego, CA 92103

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

5/21/08
DATE

By C. PU[illegible]ANN Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**SUMMONS - ATTACHMENT:**

**DEFENDANTS**

CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; RICHARD CHEROSKE, individually and as assignee of The Robison Family Trust; ERIC A. KLEIN, individually; ROBERT H. LAYTON, individually; ALPHONSO RICHARDSON, JR., individually; STATEWIDE RECONVEYANCE, INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation, and DOES 1 through 100, inclusive,