*Jack I. Mann, Esq. - #062001*
*Gary M. Orlansky, Esq. - #082577*
*Law Offices of Jack I. Mann*
*1901 First Avenue, Suite 305*
*San Diego, CA 92101*
*Telephone No. (619)238-5500*

*Attorneys for Defendant*
*STATEWIDE RECONVEYANCE GROUP, INC.,*
*dba STATEWIDE FORECLOSURE SERVICES,*
*a California corporation*

**THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; RICHARD CHEROSKE, individually and as assignee of The Robison Family Trust; ERIC A. KLEIN, individually, ROBERT H. LAYTON, individually; ALPHONSO RICHARDSON, JR., individually; STATEWIDE RECONVEYANCE, INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation, and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. 08 CV 0902 WQH BLM<br><br>**STATEWIDE RECONVEYANCE GROUP, INC. dba STATEWIDE FORECLOSURE SERVICES' DECLARATION OF NON MONETARY STATUS OF TRUSTEE PURSUANT TO CALIFORNIA CIVIL CODE §2924*l*** |

**I, SEBASTIAN SERRANO, HEREBY DECLARE AS FOLLOWS:**

1. I am the president of STATEWIDE RECONVEYANCE GROUP, INC., dba STATEWIDE FORECLOSURE SERVICES, a California corporation ("STATEWIDE"), mistakenly sued as a named Defendant in the above-referenced matter as "STATEWIDE RECONVEYANCE,

INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation."

2. STATEWIDE is the Trustee under the Deed of Trust that is the subject of the action set forth above.

3. STATEWIDE maintains the reasonable belief that it has been named as a Defendant in the proceedings solely in its capacity as a Trustee under the Deed of trust.

4. STATEWIDE maintains a reasonable belief that it has not been named as a Defendant due to any acts or omissions on its part in the performance of its duties as Trustee.

5. The basis of STATEWIDE's reasonable belief as set forth in the preceding paragraphs is that it has reviewed its files, the pleadings previously served upon it, and has discussed the matter with its legal counsel.

6. STATEWIDE agrees to be bound by whatever order or judgment is issued by the Court regarding the subject Deed of Trust.

**I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this 4th day of June, 2008, at San Diego, California.**

SEBASTIAN SERRANO, President
STATEWIDE RECONVEYANCE GROUP, INC., dba STATEWIDE FORECLOSURE SERVICES