*Jack I. Mann, Esq. - #062001*
*Gary M. Orlansky, Esq. - #082577*
*Law Offices of Jack I. Mann*
*1901 First Avenue, Suite 305*
*San Diego, CA 92101*
*Telephone No. (619)238-5500*

*Attorneys for Defendant*
*STATEWIDE RECONVEYANCE GROUP, INC.,*
*dba STATEWIDE FORECLOSURE SERVICES,*
*a California corporation*

**THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; RICHARD CHEROSKE, individually and as assignee of The Robison Family Trust; ERIC A. KLEIN, individually, ROBERT H. LAYTON, individually; ALPHONSO RICHARDSON, JR., individually; STATEWIDE RECONVEYANCE, INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation, and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. 08 CV 0902 WQH BLM<br><br>**STATEWIDE RECONVEYANCE GROUP, INC. dba STATEWIDE FORECLOSURE SERVICES' DECLARATION OF NON MONETARY STATUS OF TRUSTEE PURSUANT TO CALIFORNIA CIVIL CODE §2924l** |

**I, SEBASTIAN SERRANO, HEREBY DECLARE AS FOLLOWS:**

1. I am the president of STATEWIDE RECONVEYANCE GROUP, INC., dba STATEWIDE FORECLOSURE SERVICES, a California corporation ("STATEWIDE"), mistakenly sued as a named Defendant in the above-referenced matter as "STATEWIDE RECONVEYANCE,

INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation."

2. STATEWIDE is the Trustee under the Deed of Trust that is the subject of the action set forth above.

3. STATEWIDE maintains the reasonable belief that it has been named as a Defendant in the proceedings solely in its capacity as a Trustee under the Deed of trust.

4. STATEWIDE maintains a reasonable belief that it has not been named as a Defendant due to any acts or omissions on its part in the performance of its duties as Trustee.

5. The basis of STATEWIDE's reasonable belief as set forth in the preceding paragraphs is that it has reviewed its files, the pleadings previously served upon it, and has discussed the matter with its legal counsel.

6. STATEWIDE agrees to be bound by whatever order or judgment is issued by the Court regarding the subject Deed of Trust.

**I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this 4th day of June, 2008, at San Diego, California.**

SEBASTIAN SERRANO, President
STATEWIDE RECONVEYANCE GROUP, INC., dba STATEWIDE FORECLOSURE SERVICES

Jack I. Mann, Esq. (SBN #62001)
Gary M. Orlansky, Esq. (SBN #82577)
Jeffrey A. Pollak, Esq. (SBN #239575)
LAW OFFICES OF JACK I. MANN
1901 First Avenue, Suite 405
San Diego, CA 92101
Telephone No. (619)238-5500
Fax No. (619) 238-5542

Attorneys for Defendant
STATEWIDE RECONVEYANCE GROUP, INC.,
dba STATEWIDE FORECLOSURE SERVICES,
a California corporation

FOR COURT USE ONLY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETITIONER/PLAINTIFF:** ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON<br><br>**RESPONDENT/DEFENDANT:** CHARLES O. ROBISON, et al., | **CASE NUMBER:** 08 CV 0902 WQH BLM |
| **DECLARATION OF SERVICE**<br>☐ By Personal Service ☒ By U.S. Mail ☐ By Overnight Mail<br>☐ By Messenger Service ☒ By Facsimile ☐ By E-mail | **JUDGE:** HON. WILLIAM Q. HAYES<br><br>COURTROOM: Four |

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My Business Address is LAW OFFICES OF JACK I. MANN, 1901 First Avenue, Suite 405, San Diego, CA 92101. My Telephone Number is (619) 238-5500

3. On June 5, 2008 I served the following **documents**: **STATEWIDE RECONVEYANCE GROUP, INC. dba STATEWIDE FORECLOSURE SERVICES' DECLARATION OF NON MONETARY STATUS OF TRUSTEE PURSUANT TO CALIFORNIA CIVIL CODE §2924l**

4. I served the documents on the following **persons**, at the addresses and/or fax numbers/e-mail addresses (and at the time, if by personal service) listed below, as follows:

   *****SEE ATTACHED SERVICE LIST*****

5. The documents were served by the following means:

| CASE NAME: | CASE NUMBER: |
|---|---|
| Richardson, et al., v. Robison, et al., | 08 CV 0902 WQH BLM |

a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Diego, California.

c. ☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ☒ **By fax transmission.** I faxed the documents to the persons and at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATE: June 5, 2008

[signature]

DINA THEWENY, DECLARANT

| CASE NAME: Richardson, et al., v. Robison, et al., | CASE NUMBER: 08 CV 0902 WQH BLM |
|---|---|

**SERVICE LIST**

BARRY D. MILLS, SBN 185823
Attorney at Law
3588 Fourth Avenue, Suite 210
San Diego, CA 92103
Tel: (619) 295-5000
Fax: (619) 338-4033
Attorney for Plaintiffs ALPHONSO RICHARDSON, SR. and RUTH A. RICHARDSON

DUANE S. HORNING (Bar No. 174995)
CALIFORNIA BUSINESS LAW GROUP, PC
Symphony Towers
750 B Street, Suite 1620
San Diego, CA 92101
Tel: 619-325-1555
Fax: 619-325-1559
Attorneys for Defendants CHARLES O. ROBISON, individually and as Trustee of the Robison Family Trust dated *04/0512001;* BLANCHE L. ROBISON, individually and as Trustee of the Robison Family Trust dated 04/05/200 l; and RICHARD CHEROSKE

**HP Fax K1220**

**Log** for
LAW OFC JI MANN
619-238-5500
Jun 05 2008 10:54am

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 5 | 10:52am | Fax Sent | 16193384033 | 1:23 | 7 | OK |

HP Fax K1220

Log for
LAW OFC JI MANN
619-238-5500
Jun 05 2008 11:01am

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 5 | 10:59am | Fax Sent | 16193251559 | 2:24 | 7 | OK |