DUANE S. HORNING (Bar No. 174995)
CALIFORNIA BUSINESS LAW GROUP, PC
Symphony Towers
750 B Street, Suite 1620
San Diego, CA 92101
Tel: 619-325-1555
Fax: 619-325-1559

Attorneys for CHARLES O. ROBISON, individually and as Trustee of the Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of the Robison Family Trust dated 04/05/2001; and RICHARD CHEROSKE, Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES O. ROBISON INDIVIDUALLY AND AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, et al.<br><br>Defendants. | CASE NO. '08 CV 0902 WQH BLM<br><br>PROOF OF SERVICE<br><br>Judge: Hon. WILLIAM Q. HAYES |
| CHARLES O. ROBISON as trustee of the Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON as trustee of the Robison Family Trust dated 04/05/2001; and RICHARD CHEROSKE<br><br>Counterclaimants,<br><br>v.<br><br>ALPHONSO RICHARDSON, SR., RUTH A. RICHARDSON; and ROES 1 through 25, inclusive<br><br>Counterdefendants. | |

## DECLARATION OF SERVICE

I, Christy Gulino Jones, declare that:

I am over the age of eighteen years and not a party to the action. I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is Symphony Towers, 750 B Street, Suite 1620, San Diego, California 92101. I am familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. On June 18, 2008, I served the following document(s):

1. ANSWER OF CHARLES O. ROBISON, INDIVIDUALLY AND AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, BLANCHE L. ROBISON, INDIVIDUALLY AND AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, AND RICHARD CHEROSKE TO COMPLAINT FOR DAMAGES, TO ENJOIN FORECLOSURE, AND FOR DECLARATORY RELIEF. DEMAND FOR JURY.

2. COUNTERCLAIM OF CHARLES O. ROBISON, AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, BLANCHE L. ROBISON AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, AND RICHARD CHEROSKE AGAINST ALPHONSO RICHARDSON, SR., AND RUTH A. RICHARDSON FOR FRAUD, AND UNJUST ENRICHMENT. DEMAND FOR JURY

**X** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth.

Barry D. Mills, Esq.
3588 Fourth Avenue, Suite 210
San Diego, CA 92103

David Lola, Esq.
Sunderland | McCutchan, LLP
11770 Bernardo Plaza Ct, Ste 250
San Diego, CA, 92128

Gary Orlansky, Esq.
Law Offices of Jack Mann
1901 1st Avenue, #405
San Diego, CA 92101

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 18, 2008

Christy Gulino Jones