UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES O. ROBISON INDIVIDUALLY AND AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, et al.,<br><br>Defendants. | Case No. 08cv0902-WQH (BLM)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

By order dated June 19, 2008, this Court scheduled an Early Neutral Evaluation Conference ("ENE") for July 21, 2008. Doc. No. 13. However, because many of the Defendants have yet to file responsive pleadings in this case, the Court finds it inappropriate to convene an ENE at this time. See CivLR 16.1(c) (explaining that the "judicial officer shall hold [conferences] as he or she deems appropriate"). Accordingly, the ENE is hereby **VACATED**.

The Court will conduct a telephonic, attorneys-only Case Management Conference on **July 21, 2008** at **9:30 a.m.** in order to

discuss the status of the case. The Court will initiate the call. Failure of required counsel to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: July 10, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL