BARRY D. MILLS, SBN 185823
Attorney at Law
3588 Fourth Avenue, Suite 210
San Diego, CA 92103
(619) 295-5000 Telephone
(619) 338-4033 Facsimile

THE ORIGINAL OF THIS DOCUMENT
WAS RECORDED ON JUL 09, 2008
DOCUMENT NUMBER 2008-0366014
GREGORY J. SMITH, COUNTY RECORDER
SAN DIEGO COUNTY RECORDER'S OFFICE
TIME: 10:47 AM

Attorney for Plaintiffs ALPHONSO RIC
RUTH A. RICHARDSON

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,

Plaintiffs,

vs.

CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; RICHARD CHEROSKE, individually and as assignee of The Robison Family Trust; ERIC A. KLEIN, individually; ROBERT H. LAYTON, individually; ALPHONSO RICHARDSON, JR., individually; STATEWIDE RECONVEYANCE, INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation, and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 08 CV 0902 WQH BLM

**NOTICE OF PENDENCY OF ACTION**

NOTICE IS GIVEN that the above action was commenced on May 21, 2008, in the above court by plaintiffs ALPHONSO RICHARDSON, SR. and RUTH A. RICHARDSON against defendants CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001, et al. The action is now pending in the above-entitled court.

The above action alleges a real property claim affecting certain real property that is situated in San Diego County, California, and that is described as follows: 9589 Paseo Temporada, San Diego, CA 92129 - legal description: Lot 257 of Penasquitos Estates Unit No. 2, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 8637, filed in the Office of the County Recorder of the San Diego County, August 9, 1977. Accessors Parcel Number: 315-368-09.

DATED: July 8, 2008

BARRY D. MILLS
Attorney at Law

By: ______________________
BARRY D. MILLS,
Attorney for Plaintiffs

Barry D. Mills, State Bar No. 185823
Attorney at Law
3588 Fourth Avenue, Suite 210
San Diego, CA 92103
(619) 295-5000
Attorney for : Plaintiffs ALPHONSO RICHARDSON, SR. and RUTH A. RICHARDSON

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFFS: ALPHONSO RICHARDSON, SR., et al.
DEFENDANTS: CHARLES O. ROBISON, et al.
CASE NO.: 08 CV 0902 WQH BLM

I, the undersigned, declare that I am over the age of 18 years of age and not a party to this case; I am enclosed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is 3588 Fourth Avenue, Suite 210, San Diego, California.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I caused to be served the following document(s):

**NOTICE OF PENDENCY OF ACTION**

by placing a copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

Charles O. Robison
Blanche L. Robison
The Robison Family Trust
5150 Vivera Drive
La Mesa, CA 91941

Via Certified Mail, Return Receipt Request

Richard Cheroske
P. O. Box 1935
Lakeside, CA 92040

Via Certified Mail, Return Receipt Request

Duane S. Horning
California Business Law Group, PC
Symphony Towers
750 B Street, Suite 1620
San Diego, CA 92101

Attorney for Defendants Robison and Cheroske

David J. Lola
Sunderland McCutchan, LLP
11770 Bernardo Plaza Court, Suite 250
San Diego, CA 92128

Attorneys for Defendants Eric Klein and Robert Layton

Gary M. Orlansky
The Law Offices of Jack I. Mann
1901 First Avenue, Suite 405
San Diego, CA 92101

Attorneys for Defendant Statewide Reconveyance Group, Inc.

I then sealed each envelope and, with postage thereon fully prepaid:

( x ) I deposited each in the United States Postal Service at San Diego, California.
( ) I placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.
( ) I served via facsimile to each addressee shown above.
( ) I placed each for deposit with Federal Express for over-night, this same day at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 8, 2008

BARRY D. MILLS

Cases\Richardson\Proofs\LisPendens