UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES O. ROBISON INDIVIDUALLY AND AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, et al.,<br><br>Defendants. | Case No. 08cv0902-WQH (BLM)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On July 21, 2008, the Court held a telephonic, attorneys-only Case Management Conference. In light of the status of the pleadings, the Court finds it appropriate to set a second telephonic, attorneys-only Case Management Conference for **September 8, 2008** at **9:15 a.m.** The Court will initiate the call. Plaintiff's counsel shall give notice of this order to parties responding to the complaint after the date of this order.

**IT IS SO ORDERED.**

DATED: July 21, 2008

[signature]

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL