Michael H. Wexler, Esq. (Bar No. 058612)
FOX JOHNS LAZAR
PEKIN & WEXLER
A Professional Corporation
525 "B" Street, Suite 1500
San Diego, CA 92101

Telephone: (619) 237-0011
Facsimile: (619) 237-9717

Attorneys for Defendant Commonwealth Land Title Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; RICHARD CHEROSKE, individually and as assignee of The Robison Family Trust; ERIC A. KLEIN, individually; ROBERT H. LAYTON, individually; ALPHONSO RICHARDSON, JR., individually; STATEWIDE RECONVEYANCE, INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation, and DOES 1 through 100 inclusive ,<br><br>Defendants. | CASE NO. 08 CV 0902 WQH BLM<br><br>COMMONWEALTH LAND TITLE COMPANY'S DECLARATION OF NON MONETARY STATUS OF TRUSTEE PURSUANT TO CALIFORNIA CIVIL CODE §29241 |

I, Timothy J. Reardon, hereby declare as follows:

1. I am an officer of Commonwealth Land Title Company ("Commonwealth") and am authorized to execute this declaration on its behalf.

2. Commonwealth was the Trustee under the Deed of Trust that is the subject of this action. (A substitution of trustee was recorded on February 6, 2008, substituting another trustee in place of Commonwealth.)

3. Commonwealth maintains the reasonable belief that it has been named as a defendant in the proceedings solely in its capacity as a Trustee under the Deed of Trust.

4. Commonwealth maintains a reasonable belief that it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as Trustee.

5. The basis of Commonwealth's reasonable belief as set forth in the preceding paragraphs is that it has reviewed its files and the plaintiffs' complaint and has discussed the matter with its legal counsel.

6. Commonwealth agrees to be bound by whatever order or judgment is issued by the Court regarding the subject Deed of Trust.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2008, at Pasadena, California.

Timothy J. Reardon

Timothy J. Reardon