Michael H. Wexler, Esq. (Bar No. 058612)
FOX JOHNS LAZAR
PEKIN & WEXLER
A Professional Corporation
525 "B" Street, Suite 1500
San Diego, CA 92101

Telephone: (619) 237-0011
Facsimile: (619) 237-9717

Attorneys for Defendant Commonwealth Land Title Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; RICHARD CHEROSKE, individually and as assignee of The Robison Family Trust; ERIC A. KLEIN, individually; ROBERT H. LAYTON, individually; ALPHONSO RICHARDSON, JR., individually; STATEWIDE RECONVEYANCE, INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation, and DOES 1 through 100 inclusive ,<br><br>Defendants. | CASE NO. 08 CV 0902 WQH BLM<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 525 “B” Street, Suite 1500, San Diego, California 92101.

On the date set forth below, I served the foregoing document(s), described as:

1. COMMONWEALTH LAND TITLE COMPANY'S DECLARATION OF NON MONETARY STATUS OF TRUSTEE PURSUANT TO CALIFORNIA CIVIL CODE §2924l

on all other parties and/or their attorney(s) of record to this action by ________ faxing and/or __X__ placing a true copy thereof in a sealed envelope as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY U.S. MAIL.** I deposited such envelope in the mail at San Diego, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Fox Johns Lazar Pekin & Wexler’s practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ **BY EMAIL (on all other parties utilizing CM/ECF at U.S. District Court).** On July 23, 2008, I caused the above referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) listed on the attached service list, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 23, 2008 at San Diego, California.

s/Cathleen Abbott

## SERVICE LIST

Barry D. Mills, Esq.
3588 Fourth Avenue, Ste. 210
San Diego, CA 92103
Attorneys for Plaintiffs

Jack I. Mann, Esq.
Gary M. Orlansky, Esq.
Law Offices of Jack I. Mann
1901 Firth Avenue, Ste. 305
San Diego, CA 92101
Attorneys for Statewide Reconveyance Group, Inc., dba Statewide Foreclosure Services

Duane S. Horning, Esq.
California Business Law Group, PC
Symphony Towers
750 B Street, Ste. 1620
San Diego, CA 92101
Attorneys for Defendants Charles O. Robison, Blanche L. Robison and Richard Cheroske