ROBERT J. SUNDERLAND, SBN 189214
DAVID J. LOLA, SBN 231190
SUNDERLAND | McCUTCHAN, LLP
11770 BERNARDO PLAZA COURT, SUITE 250
SAN DIEGO, CALIFORNIA 92128
(858) 618-1652 Phone
(858) 675-7807 Fax

Attorneys for Defendants, ERIC A. KLEIN AND ROBERT H. LAYTON

**UNITED STATE DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as trustee of The Robison Family Trust dated 04/05/2001; RICHARD CHEROSKE, individually and as assignee of The Robison Family Trust; ERIC A. KLEIN, individually; ROBERT H. LAYTON, individually; ALPHONSO RICHARDSON, JR., individually; STATEWIDE RECONVEYANCE, INC. dba STATEWIDE FORECLOSURE SERVICES, A California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO.: 08 CV 0902 WQH BLM<br><br>**CERTIFICATE OF SERVICE OF DEFENDANTS, ERIC A.KLEIN AND ROBERT H.LAYTON'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES TO ENJOIN FORECLOSURE AND FOR DECLARATORY RELIEF**<br><br>JUDGE: Hon. William Q. Hayes<br>DEPT.: 4<br>Complaint Filed: 05/21/08<br>Trial Date: Not Yet Assigned |

I, Carol Pitucci, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; that I am employed or reside in the County of San Diego, State of California, in which county the service occurred. My business address is 11770 Bernardo Plaza Court, Suite 250, San Diego, CA 92128.

I certify that I electronically filed the following documents with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System.

**DEFENDANTS, ERIC KLEIN AND ROBERT H. LAYTON'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES TO ENJOIN FORECLOSURE AND FOR DECLARATORY RELIEF.**

The Court's CM/ECF System will send an e-mail notification of the filing to the parties and counsel of record listed below who are registered with the Court's CM/ECF System:

Barry D. Mills, Esq.
3588 Fourth Avenue, Suite 210
San Diego, CA 92103
Tel: 619-295-5000
Fax: 619-338-4033
Email:
Counsel for Alphonso Richardson, Sr. and Ruth A. Richardson

Duane S. Horning
California Business Law Group, PC
Symphony Towers
750 B. Street, Suite 1620
San Diego, CA 92101
Tel: 619-325-1555 x 203
Fax: 619-325-1559
Email: dhorning@cblg.biz
Counsel for: Charles O. Robison, Blanche L. Robison, individually and as trustees of the Robison Family Trust and Richard Cheroske

///

XX BY ELECTRONIC FILING (CM/ECF) to the parties listed above. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

XX (Federal) I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct,

Executed on August 4, 2008, at San Diego, CA.

Carol Pitucci
cpitucci@sunmclaw.com