DUANE S. HORNING (Bar No. 174995)
CALIFORNIA BUSINESS LAW GROUP, PC
Symphony Towers
750 B Street, Suite 1620
San Diego, CA 92101
Tel: 619-325-1555
Fax: 619-325-1559

Attorneys for CHARLES O. ROBISON, individually and as Trustee of the Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of the Robison Family Trust dated 04/05/2001; and RICHARD CHEROSKE,
Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES O. ROBISON INDIVIDUALLY AND AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, et al.<br><br>Defendants. | CASE NO. '08 CV 0902 WQH BLM<br><br>**CERTIFICATE OF SERVICE RE MOTION TO EXPUNGE LIS PENDENS AND AWARD OF ATTORNEYS FEES**<br><br>Judge: Hon. William Q. Hayes<br>Date: September 15, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4 |
| CHARLES O. ROBISON as trustee of the Robison Family Trust dated 04/05/2001, et al.<br><br>Counterclaimants,<br><br>v.<br><br>ALPHONSO RICHARDSON, SR., et al.<br><br>Counterdefendants. | |

I, CHRISTY GULINO JONES, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; that I am employed or reside in the County of San Diego, State of

California, in which county the service occurred. My business address is Symphony Towers, 750 B Street, Suite 1620, San Diego, CA 92101.

I certify that I electronically filed the following documents with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System.

1. **NOTICE OF MOTION AND MOTION TO EXPUNGE LIS PENDENS AND AWARD ATTORNEYS FEES;**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO EXPUNGE LIS PENDENS;**
3. **DECLARATION OF RICHARD CHEROSKE IN SUPPORT OF MOTION TO EXPUNGE LIS PENDENS;**
4. **DECLARATION OF CHARLES O. ROBISON IN SUPPORT OF MOTION TO EXPUNGE LIS PENDENS;**
5. **DECLARATION OF ROBERT LAYTON IN SUPPORT OF MOTION TO EXPUNGE LIS PENDENS; and**
6. **DECLARATION OF DUANE S. HORNING IN SUPPORT OF MOTION TO EXPUNGE LIS PENDENS.**

The Court's CM/ECF System will send an e-mail notification of the filing to the parties and counsel of record listed below who are registered with the Court's CM/ECF System:

Barry D. Mills, Esq.
3588 Fourth Avenue, Suite 210
San Diego, CA 92103
Tel: 619-295-5000
Fax: 619-338-4033
Email: millslaw@sbcuc.net
Counsel for Alphonso Richardson, Sr. and Ruth A. Richardson

David J. Lola, Esq.
Sunderland | McCutchan, LLP
11770 Bernardo Plaza Court, Suite 250
San Diego, CA 92128
Tel: 858-618-1652
Fax: 858-675-7807
Email: dlola@sunmclaw.com
Counsel for Robert H. Layton and Eric A. Klein

XX By ELECTRONIC FILING (CM/ECF) to the parties listed above. Pursuant to CM/ESF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

XX (Federal) I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on August 7, 2008, at San Diego, California.

CHRISTY GULINO JONES
cgulinojones@cblg.biz