UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES O. ROBISON INDIVIDUALLY AND AS TRUSTEE OF THE ROBISON FAMILY TRUST DATED 04/05/2001, et al.,<br><br>Defendants. | Case No. 08cv0902-WQH (BLM)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

///

///

///

///

///

///

///

///

///

///

On September 8, 2008, the Court held a telephonic, attorneys-only Case Management Conference. The parties asked the Court to delay the commencement of discovery until Plaintiffs' son, a named defendant, has been served and makes an appearance in the case. Given the facts as presented during the hearing, the Court finds it appropriate to set a second telephonic, attorneys-only Case Management Conference for **October 20, 2008** at **11:00 a.m.** The Court will initiate the call. Plaintiff's counsel shall give notice of this order to parties responding to the complaint after the date of this order.

**IT IS SO ORDERED.**

DATED: September 8, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL