# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RICHARDSON, SR., and RUTH A. RICHARDSON,<br><br>                                  Plaintiffs,<br>         vs.<br>CHARLES O. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; BLANCHE L. ROBISON, individually and as Trustee of The Robison Family Trust dated 04/05/2001; RICHARD CHEROSKE, individually and as assignee of The Robison Family Trust; ERIC A. KLEIN, individually, ROBERT H. LAYTON, individually; ALPHONSO RICHARDSON, JR., individually; STATEWIDE RECONVEYANCE, INC. dba STATEWIDE FORECLOSURE SERVICES, a California corporation; COMMONWEALTH LAND TITLE COMPANY, a California corporation, and DOES 1 through 100 inclusive,<br><br>                                  Defendants. | CASE NO. 08cv902 WQH (BLM)<br><br>ORDER |

HAYES, Judge:

1   The Court has read and considered the stipulation between Plaintiffs Alphonso Richardson,
2 Sr. and Ruth A. Richardson ("Plaintiffs") and Defendant, Statewide Reconveyance Group, Inc. dba
3 Statewide Foreclosure Services ("Statewide") by and through their respective counsel, and, good
4 cause appearing therefor, the Court hereby orders, adjudges and decrees as follows:
5   Plaintiffs' complaint against Statewide is hereby dismissed with prejudice.
6   It is so ordered.
7 DATED: September 19, 2008

8   _William Q. Hayes_
   **WILLIAM Q. HAYES**
9   United States District Judge